McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00101 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| GABRIEL HUERTA and NATALIE CORRAL | |
| Defendants. | |

## **BACKGROUND**

Defendants Huerta and Corral made an initial appearance on June 29, 2018 pursuant to a summons issued in conjunction with a Criminal Complaint. On that date, the United States provided initial, voluntary discovery to the counsel for defendant. The parties are exploring whether a potential pre-indictment resolution is desirable, and the parties have made significant progress in that direction. However, the parties are requesting some additional time to finalize resolution or proceed forward.

On July 18, 2018, the parties submitted a stipulation requesting that the preliminary hearing be set on August 16, 2018, to allow them to review discovery and explore pre-indictment resolution, and requested that time be excluded under the Speedy Trial Act until that date. (Dkt. 15). United States Magistrate Judge Stanley A. Boone granted the request. (Dkt. 16).

This matter is currently scheduled for a preliminary hearing on **August 16, 2018**. Federal

Rule of Criminal Procedure 5.1(c) requires that preliminary hearing occur within twenty-one days, but Rule 5.1(d) also provides that the time limits may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the further extension, as defense counsel require time to communicate with the defendant regarding discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that a preliminary hearing be re-set for **October 4, 2018**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **August 16, 2018** be continued to **October 4, 2018**. The parties agree to exclude time under the Speedy Trial Act from August 16, 2018 to October 4, 2018, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: August 15, 2018                    By:    /s/ Michael G. Tierney
                                                 Michael G. Tierney
                                                 Assistant United States Attorney

1  DATED: August 15, 2018                    By:      /s/ Anthony P. Capozzi_____

2                                                     Anthony P. Capozzi
                                                      Attorney for defendants Gabriel
3                                                     Huerta and Natalie Corral

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**<u>ORDER</u>**

3

The preliminary hearing currently set for **<u>August 16, 2018</u>** is continued to **<u>October 4,</u>**

4

**<u>2018, at 2:00 PM before Magistrate Judge Erica P. Grosjean</u>**.  The period from August 16,

5

2018 to October 4, 2018 shall be excluded under the Speedy Trial Act.  The Court finds that the

6

interest of the public and of the defendant in a public indictment and trial are outweighed by the

7

need for defense preparation, plea negotiation, and continuity of counsel.

8

IT IS SO ORDERED.

9

10    Dated:   **August 15, 2018**                    ___/s/ Erica P. Grosjean____

UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28