McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00101 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| GABRIEL HUERTA and NATALIE CORRAL | |
| Defendants. | |

## **BACKGROUND**

Defendants Huerta and Corral made an initial appearance on June 29, 2018 pursuant to a summons issued in conjunction with a Criminal Complaint. On that date, the United States provided initial, voluntary discovery to the counsel for defendant. The parties are exploring whether a potential pre-indictment resolution is desirable, and the parties have made significant progress in that direction. However, the parties are requesting some additional time to finalize resolution or proceed forward.

This matter is currently scheduled for a preliminary hearing on **October 4, 2018**. Federal Rule of Criminal Procedure 5.1(c) requires that preliminary hearing occur within twenty-one days, but Rule 5.1(d) also provides that the time limits may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the further extension, as the parties have made substantial efforts in negotiating a

1

pre-indictment resolution.  The parties believe that with one final additional continuance, they will be able to adequately prepare, consult with defendants, and proceed with resolution or presentation of the matter to a grand jury.  The parties request that a preliminary hearing be re-set for **November 26, 2018**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **October 4, 2018** be continued to **November 26, 2018**.  The parties agree to exclude time under the Speedy Trial Act from October 4, 2018 to November 26, 2018, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: October 2, 2018          By:     /s/ Michael G. Tierney
                                        Michael G. Tierney
                                        Assistant United States Attorney


DATED: October 2, 2018          By:     /s/ Anthony P. Capozzi
                                        Anthony P. Capozzi
                                        Attorney for defendants Gabriel
                                        Huerta and Natalie Corral

# O R D E R

The preliminary hearing currently set for **October 4, 2018** is continued to **November 26, 2018 at 2:00 PM before Magistrate Judge Erica P. Grosjean**.  The period from October 4, 2018 to November 26, 2018 shall be excluded under the Speedy Trial Act.  The Court finds that the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated:   **October 3, 2018**                         /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE